DENNIS K. BURKE
United States Attorney
District of Arizona
JOHN R. EVANS
Assistant United States Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
John.Evans2@usdoj.gov
Attorneys for Plaintiff

FILED
2010 AUG -4 P 6:07
RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Abelardo Luis Sandoval,

    Defendant.

CR10-1939 TUC DCB/JM

INDICTMENT

Violations:

18 U.S.C. § 641

(Theft of Government Property)

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**

Beginning in or around August 2005, and continuing without interruption until in or around June, 2010, in Pima County, within the District of Arizona, defendant Abelardo Luis Sandoval, did knowingly embezzle, steal, and purloin money of the Social Security Administration ("SSA"), a department or agency of the United States, namely, Social Security Supplemental Security Income ("SSI") payments to which he knew he was not entitled, having a value of approximately $37,383.

A TRUE BILL

REDACTED PUBLIC DISC...

Presiding Juror

DENNIS K. BURKE
United States Attorney
District of Arizona

AUG 04 2010

_/s/_
Assistant U.S. Attorney